## DUTTON *v.* PALAIRET.

ERROR TO THE SUPREME COURT OF THE STATE OF PENNSYLVANIA.

No. 184. Decided November 8, 1869.

Affirmed upon the authority of *Bronson* v. *Rodes*, 7 Wall. 229.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

The same questions substantially are presented in this case as in the case of *Bronson* v. *Rodes,* 7 Wall. 229, heretofore decided at this term. The principles settled by that judgment require that the judgment of the Supreme Court of Pennsylvania be affirmed, and it is so ordered. *Affirmed.*

*Mr. David W. Sellers* for plaintiff in error.

No appearance for defendants in error.